516 A.2d 672

**METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, Insurance Commissioner, and Bonnie Beck.**

Supreme Court of Pennsylvania.

Oct. 9, 1986.

Petition for Allowance of Appeal GRANTED, No. 120 E.D. Appeal Docket 1986.